BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:13-cv-01050-AWI-BAM** |
| Petitioner, | **PETITIONER'S NOTICE AND REQUEST TO VACATE HEARING AND CLOSE FILE; ORDER** |
| v. | |
| MARCELO RIVAS, President, Champs Transportation, Inc., | Taxpayer: **CHAMPS TRANSPORTATION, INC.** |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Respondent, Marcelo Rivas, President, Champs Transportation, Inc., has recently gone out of business. This change has left him with no apparent income and, for lack of assets, no ability to pay. Before the change, he was able to be found at his business location; now, his whereabouts are unknown and he cannot be served with process. Therefore Petitioner requests that the September 6, 2013, hearing on the order to show cause be vacated, and that the case be closed.

/ / /

/ / /

/ / /

/ / /

Dated: August 8, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
Attorneys for Petitioner

United States of America

### **ORDER**

Upon Petitioner's notice, good cause appearing, the hearing set for September 6, 2013, is VACATED and the Application is DISMISSED.

The Clerk of the Court shall close this file.

IT IS SO ORDERED.

Dated: August 8, 2013

_____
SENIOR DISTRICT JUDGE