1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:   (916) 554-2900
   email: yoshinori.himel@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | **1:13-cv-01050-AWI-BAM**
12 |                    Petitioner,    | **PETITIONER'S NOTICE AND REQUEST TO VACATE HEARING AND CLOSE FILE; ORDER**
13 |         v.                        |
14 | MARCELO RIVAS, President, Champs  | **Taxpayer:**
   | Transportation, Inc.,             | **CHAMPS TRANSPORTATION, INC.**
15 |
   |                    Respondent.    |
16

17

18 TO THIS HONORABLE COURT:

19      PLEASE TAKE NOTICE that Respondent, Marcelo Rivas, President, Champs

20 Transportation, Inc., has recently gone out of business. This change has left him with no

21 apparent income and, for lack of assets, no ability to pay. Before the change, he was able to be

22 found at his business location; now, his whereabouts are unknown and he cannot be served with

23 process. Therefore Petitioner requests that the September 6, 2013, hearing on the order to show

24 cause be vacated, and that the case be closed.

25 / / /

26 / / /

27 / / /

28 / / /

PETITIONER'S NOTICE AND REQUEST TO VACATE                                     1
HEARING AND CLOSE FILE; ORDER

1 | Dated:  August 8, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:      /s/   YHimel
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
Attorneys for Petitioner

United States of America

## **ORDER**

Upon Petitioner's notice, good cause appearing, the hearing set for September 6, 2013, is VACATED and the Application is DISMISSED.

The Clerk of the Court shall close this file.

IT IS SO ORDERED.

Dated:   August 8, 2013

SENIOR  DISTRICT  JUDGE